586

452 A.2d 1077

Kane, Appellant v. Fazio.

Argued December 7, 1981. Robert A. Naragon, for appellant; Ward F. Clark, submitted a brief on behalf of appellee.

Before CAVANAUGH, McEWEN and BECK, JJ.

The order of the learned Bucks County Common Pleas Court Judge Kenneth G. Biehn is affirmed.

452 A.2d 1077

Knox v. Millstine, Appellant.

Argued November 10, 1980. Harry J. Gruener, for appellant; John L. Bailey, for appellee.

Before PRICE, CAVANAUGH and HOFFMAN, JJ.

Order affirmed.